ACCEPTED
06-15-00158-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/29/2015 4:06:07 PM
DEBBIE AUTREY
CLERK

## NO.   06-15-00158-CR

| | | | |
|---|---|---|---|
| **FOSTER DALEON JONES** | § | **IN THE** | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| | § | | |
| **V.** | § | **SIXTH COURT** | |
| | § | | 12/29/2015 4:06:07 PM |
| | § | | |
| **STATE OF TEXAS** | § | **OF APPEALS** | DEBBIE AUTREY<br>Clerk |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Foster Daleon Jones, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 6th Judicial District Court of Red River County, Texas.

2.      The case below was styled the <u>State of Texas vs. Foster Daleon Jones</u>, and numbered CR02262.

3.      Appellant was convicted for offense of Aggravated Sexual Assault of a Child.

4.      Appellant was assessed a sentence of 25 years' imprisonment on September 16, 2015

5.      Appellant's notice of appeal was given on September 26, 2015.

6.      The clerk's record was filed on November 19, 2015; the reporter's record was filed on November 30, 2015.

7.      The appellate brief is presently due on December 30, 2015.

8.      Appellant requests an extension of time of 30 days, i.e. until January 29, 2015.

9.      This is the first motion for an extension to file the brief submitted in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Counsel is unable to perform an adequate review of the record and prepare a professional brief prior to the current due date. Counsel would further show the following:

Counsel serves as counsel for Appellant in Adeli Medina Carranza v. State. The brief in that case was filed on December 14, 2015. Counsel made court appearances in various causes on December 2, 3, 16, and 17, 2015.

Counsel's office was closed on December 24-25, 2015 in observance of Christmas. Counsel's office will be closed January 1, 2016 in observance of New Year's Day. Counsel is scheduled to be in trial in the 62nd District Court, Lamar County from January 11-15, 2016.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

McLaughlin, Hutchison & Biard, LLP
38 1st NW
Paris, TX 75460
Tel: (903)785-1606
Fax: (903)785-7580

By: _____
Don Biard
State Bar No. 24047755
Attorney for Foster Daleon Jones

## CERTIFICATE OF SERVICE

This is to certify that on December 29, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Red River County, Texas, via facsimile.

_____
Don Biard

STATE OF TEXAS            §
                                            §

COUNTY OF LAMAR       §

## <u>AFFIDAVIT</u>

**BEFORE ME,** the undersigned authority, on this day personally appeared Don Biard, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."



Don Biard
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _December 29_, 2015, to certify which witness my hand and seal of office.

ANITA SPARKS
Notary Public
STATE OF TEXAS
ID#1043908-2
My Comm. Exp. 02-09-2016

_Anita Sparks_
Notary Public, State of Texas